# United States Court of Appeals
## For the First Circuit

No. 23-1018

MÓNICA PÉREZ-PÉREZ, personally and in representation of her
minor son AMCP; JOSÉ MANUEL CARABALLO-NEGRÓN, personally and in
representation of his minor son AMCP; AMCP,

Plaintiffs, Appellants,

v.

HOSPITAL EPISCOPAL SAN LUCAS, INC., d/b/a Hospital Episcopal San
Lucas-Ponce; DR. MARYROSE CONCEPCIÓN-GIRÓN; BEAZLEY USA
SERVICES, INC., d/b/a Beazley Group; RICHARD DOE; CONJUGAL
PARTNERSHIP CONCEPCIÓN-DOE; A, B AND C CORPORATIONS;
UNKNOWN INSURANCE COMPANIES A THROUGH C,

Defendants, Appellees,

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on August 13, 2024 is amended
as follows:

On page 14, line 18, "snuggly" is replaced with "snugly".